445 A.2d 226

Commonwealth v. White, Appellant.

Submitted February 10, 1981.
Robert W. McFate, for appellant;  F. Walter Bloom, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and CIRILLO, JJ.

Order of the lower court is affirmed.

445 A.2d 226

Com. ex rel. Knouss v. Knouss.

Appeal of Frederick A. Knouss.

Argued January 27, 1982.   David A. Scholl, for appellant;  Quintes D. Taglioli, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.